UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 6:16-CR-00015 |
| | ) | |
| JONATHAN SHANE CULBRETH | ) | |

## ORDER

The foregoing motion for expenses of authorized investigator having been read and considered it is the Court's finding that the expense budget was approved and that the invoice is duly owed as part of Defense Counsel's costs of representation which is now completed. It is hereby ORDERED that the expenses invoiced to Counsel be paid.

SO ORDERED, this __6th__ day of __December__, 2018.

MAGISTRATE HONORABLE JUDGE
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF GEORGIA